EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Luis G. Cerra Carreira | 2019 TSPR 62<br><br>202 DPR ____ |

Número del Caso:   TS-3,207

Fecha: 3 de abril de 2019

Abogado de la parte peticionaria:

        Por derecho propio

Materia:   Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Luis G. Cerra Carreira

TS-3207

RESOLUCIÓN

En San Juan, Puerto Rico, a 3 de abril de 2019.

Examinada la *Moción en solicitud de activación al ejercicio de la abogacía* presentada por el peticionario Luis G. Cerra Carreira, se provee con lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo